essary and indispensable parties; and (b) failure to state a claim upon which relief could be granted. This appeal is from the order of dismissal.

 The other members of the Civil Service Commission were, as the district judge held, necessary and indispensable parties. Blackmar v. Guerre, 1952, 342 U.S. 512, 72 S.Ct. 410, 96 L.Ed. 534. Courts will not review the action of executive officials in dismissing executive employees, except to insure compliance with statutory requirements. Bailey v. Richardson, 1950, 86 U.S.App.D.C. 248, 266, 182 F.2d 46, 64, affirmed, 1951, 341 U.S. 918, 71 S.Ct. 669, 95 L.Ed. 1352. There was such compliance here. It follows that the District Court was correct in ordering dismissal.

Affirmed.

---

Before WILBUR K. MILLER, PRETTYMAN and WASHINGTON, Circuit Judges.

PER CURIAM.

A jury in the United States District Court found Horace E. Lee guilty of armed robbery. On this appeal he complains that his cross-examination of Government witnesses was improperly restricted and that the trial court erred in not giving to the jury instructions which he did not request. In our opinion his complaints are not well-founded.

Affirmed.

---

**Horace E. LEE, Appellant,**

v.

**UNITED STATES of America,**
**Appellee.**

No. 12283.

United States Court of Appeals,
District of Columbia Circuit.

Argued Feb. 25, 1955.

Decided March 10, 1955.

Motion for Rehearing Denied
April 6, 1955.

Mr. Carl W. Berueffy, Washington, D. C. (appointed by this Court), for appellant.

Mr. Gerard J. O'Brien, Asst. U. S. Atty., with whom Messrs. Leo A. Rover, U. S. Atty., and Lewis Carroll and Alfred Hantman, Asst. U. S. Attys., were on the brief, for appellee.

---

**Dorothy F. BRAINARD, Appellant,**

v.

**UNITED STATES of America,**
**Appellee.**

Nos. 12387, 12388.

United States Court of Appeals,
District of Columbia Circuit.

Argued March 1, 1955.

Decided March 10, 1955.

